# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date**  March 21, 2016          **Judge**  Noelle C. Collins     **Case No:** 4:15cr00464
USA                                           v.  Yev Gray
**Court Reporter** FTR Gold              **Deputy Clerk**  K. Battle
**Attorney(s) for Plaintiff(s)**  Christopher Grohman, Thomas Durkin (by phone), Douglas Whitney, Paul D'Agrosa, Sheldon Zenner, Thomas Peabody (by phone.)
**Attorney(s) for Defendants(s)** Dorthy McMurtry and Gilbert Sison

**Parties present for** hearing on a status conference. Parties present for hearing. Parties update court on current status. The court orders Plaintiff to enter a response to defendant's motion [69]. Response due April 2, 2016. New Pretrial Order.

**Proceedings commenced** 9:39am        **Proceedings concluded** 10:41am